IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 30 P 4: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ZIPWALL, LLC,<br><br>    Plaintiff<br><br>v.<br><br>KWIKPOLE, INC.,<br><br>    Defendant. | Civil Action No.: 03-11658-REK |

**STIPULATED MOTION FOR**
**<u>ENTRY OF CONSENT JUDGMENT</u>**

Plaintiff ZipWall, LLC ("ZipWall") hereby moves for entry of the Consent Judgment attached hereto as Exhibit A. Defendant KwikPole, Inc. ("KwikPole") has agreed to and executed the Consent Judgment, and stipulates to its entry.

WHEREFORE, ZipWall requests that this Court enter the Consent Judgment attached hereto as Exhibit A.

Respectfully submitted,

ZIPWALL, LLC

December 30, 2003      by: _____
Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel : 617-395-7000
Fax: 617-395-7070

**CERTIFICATE OF SERVICE**

I hereby certify that today I caused a true and correct copy of this motion to be served, by facsimile and First Class mail, on Frank J. Dykas, Dykas, Shaver & Nipper, LLP, P.O. Box 877, Boise, Idaho 83701-0877, (208) 345-1122 (phone), (208) 345-8370 (fax), counsel for Defendant KwikPole, Inc.

Dated: December 30, 2003

_____

## Certification Pursuant to Local Rule 7.1(a)(2)

I hereby certify that counsel for the parties have conferred regarding the issues presented by this motion and have reached agreement on those issues.

Dated: December 30, 2003